IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **HERIBERTO PEREZ AGUILAR** § | |
| **AND ELENA SOTO AGUILAR** § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-04049 |
| § | |
| **MARLENE HEBERT,** § | |
| Defendant. § | |

**PLAINTIFFS' RULE 26(A) INITIAL DISCLOSURES**

Pursuant to Rule 26(a) (1) of the Federal Rules of Civil Procedure, Plaintiffs. HERIBERTO PEREZ AGUILAR AND ELENA SOTO AGUILAR make the following initial disclosures:

**(A) FED. R. CIV. P. 26(a) (1) (A) (i)**

the name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claim or defenses, unless the use would be solely for impeachment.

**RESPONSE:**

**Heriberto Perez Aguilar and
Elena Soto Aguilar**
c/o Christopher Ngo
LAW OFFICES OF DOMINGO GARCIA, LLP
6200 Gulf Freeway, Ste. 410
Houston, Texas 77023
Telephone: (713) 349-1500
  **Plaintiffs. They are expected to testify about their pre-Incident conditions and life, the Incident and their post-Incident conditions and life. Also expected to testify as to events leading up to the Incident.**

**Marlene Hebert**
 c/o Teresa J. Del Valle
 MEYNIER, REESE, LIVER & MATTE
 2707 North Loop West, Suite 100

Houston, Texas 77008
P: 713-354-4510
F: 866-842-6388
> **Defendant. Expected to have knowledge about the Incident, the events leading up to the Incident.**

**Officer X. Gregg Badge No. 9936**
**Houston Police Department**
1200 Travis Street
Houston, Texas 77002
Telephone:    (713) 884-3131
> **Investigating Officer.**

**Owner, representatives, agent and custodian of records**
**Best Auto Storage**
**6125 Industrial Way**
**Houston, Texas 77011**
**Phone: (713) 221-1747**
> **Storage company that held/stored Plaintiffs' vehicle when towed from scene of accident.**

**Luis F Medina TDLR#4625**
**custodian of records, agents, representatives, owner**
**Select Towing**
**4655 Wild Indigo**
**Houston, TX 77027**
**Phone: (713) 322-7000**
> **Tow company that towed Plaintiffs' vehicle from scene of accident; has knowledge and information regarding the Plaintiffs' property damage.**

**Listed below are Plaintiffs' medical providers:**

<u>*HERIBERTO PEREZ AGUILAR:*</u>

**City of Houston FD EMS**
1801 Smith St., 8th Fl
Houston, TX 77002
Telephone: (832) 394-6800
> **Jordan Morales #150197, EMT**
> **Ramiro Revilla #118973, EMT**
> **James Paulk #125026, EMT**
> **Jeremy Smith #162706, EMT**

**St. Joseph Medical Center**
1401 St. Joseph Pkwy.
Houston, TX 77002
Telephone: (713) 766-5619
    **Mike J Shin, MD**
    **Moinul Islam, PA**
    **Anoop Mathew RN**
    **Karin A Mccann, RN**
    **Samuel Feris**
    **Amir H Rassoli, DO**
    **Francisco M Cavallo, MD**
    **Roland Cortez, MD**
    **Angelica Flores, Rad Tech**

**West Houston Radiology Associates**
2190 N. Loop W, Suite 250
Houston, Texas 77018
Telephone: (281) 206-9050
    **Francisco M Cavallo, MD**
    **Roland Cortez, MD**

**St. Joseph Emerg Physicians, PLLC**
200 Corporate Boulevard
Lafayette, LA 70508
Telephone: (800) 893-9698
    **Mike J Shin, MD**

**United Rehabilitation & Chiropractic Clinic**
2606 Telephone Rd.
Houston, Texas 77023
Telephone: (346) 319-5745
    **Dr. Monique Lee, D.C.**

**One Step Diagnostic**
11221 Katy Freeway, Suite 201
Houston, Tx 77079
Telephone: 713-461-7272
    **Chad Porter, MD**
    **Matthew Dang, MD**

**Premium Interventional Pain Management**
2105 Jackson Street, 1st Floor
Houston, TX 77003-5839
Telephone: (713) 571-8141
    **Paolo Briones, NP-C**

### *ELENA  SOTO AGUILAR:*

**City of Houston FD EMS**
1801 Smith St., 8th Fl
Houston, TX 77002
Telephone: (832) 394-6800
    **Jordan Morales #150197, EMT**
    **Ramiro Revilla #118973, EMT**
    **James Paulk #125026, EMT**
    **Jeremy Smith #162706, EMT**

**St. Joseph Medical Center**
1401 St. Joseph Pkwy.
Houston, TX 77002
Telephone: (713) 766-5619
    **Mike J Shin, MD**
    **Moinul Islam, PA**
    **Anoop Mathew RN**
    **Karin A Mccann, RN**
    **Samuel Feris**
    **Amir H Rassoli, DO**
    **Francisco M Cavallo, MD**
    **Roland Cortez, MD**
    **Angelica Flores, Rad Tech**
    **Melanie C. Dahse, MD**
    **Yvonne Anaya**

**West Houston Radiology Associates**
2190 N. Loop W, Suite 250
Houston, Texas 77018
Telephone: (281) 206-9050
    **Francisco M Cavallo, MD**
    **Roland Cortez, MD**
    **Melanie C. Dahse, MD**

**St. Joseph Emerg Physicians, PLLC**
200 Corporate Boulevard
Lafayette, LA 70508
Telephone: (800) 893-9698
    **Mike J Shin, MD**
    **Melanie C. Dahse, MD**

**Community Pathology Associates**
**P.O. Box 4677**
**Houston, Texas 77210-4697**
**Telephone: (877) 257-4123**
  **Syed Quadri, MD**
  **Moinul Islam, PA**
  **Mike Shin, MD**

**United Rehabilitation & Chiropractic Clinic**
2606 Telephone Rd.
Houston, Texas 77023
Telephone: (346) 319-5745
  **Dr. Monique Lee, D.C.**

**Premium Interventional Pain Management**
2105 Jackson Street, 1st Floor
Houston, TX 77003-5839
Telephone: (713) 571-8141
  **Paolo Briones, NP-C**

Any witness later discovered to have relevant knowledge of any issue related to this litigation.

Any and all other healthcare providers, treating physicians, chiropractors, mental health professionals, physical therapists and/or nurses which treated Plaintiffs and the custodians of record for healthcare providers, treating physicians, chiropractors, mental health professionals, physical therapists and/or nurses which treated Plaintiffs.

Any witnesses identified by any other party in discovery.

Plaintiffs reserve the right to elicit, by way of cross-examination, opinion testimony from other party's witnesses. Plaintiffs express their intention to possibly call, as witnesses associated with adverse parties, any other party's witnesses.

Plaintiffs reserve the right to designate, to call, and/or question any party's experts, and reserve the right to call those experts on all issues material to the facts of this case. Plaintiffs reserve also the right to call any rebuttal expert witnesses or any impeaching witness whose testimony cannot be anticipated before the time of trial and/or as should become necessary in the trial of this cause.

Additionally, Plaintiffs reserve the right to elicit any expert opinion or lay opinion testimony at the time of trial which would be truthful, which would be of benefit to the jury to determine material issues of fact, and which would not violate any existing Court Order, the Federal Rules of Civil Procedure, or the Federal Rules of Evidence.

Finally, if additional witnesses are revealed during the final stages of discovery, then Plaintiffs reserve the right to supplement and/or amend these disclosures.

**(B)     FED. R. CIV. P. 26(a)(1)(A)(ii)**

a copy of – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

**RESPONSE:    See medical and billing records obtain in admissible form, property damage photographs and Texas Peace Officer's Crash Report.  Said documents will be provided to Counsel for Defendants via email, E-serve and/or DropBox.**

**(C)     FED. R. CIV. P. 26(a)(1)(A)(iii)**

a computation of each category of damages claimed by the disclosing party –  who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

**RESPONSE: Plaintiffs seek general damages for past and future physical and mental pain, physical impairment, disfigurement and mental anguish. Additionally, Plaintiffs seek to recover special or compensatory damages, including reasonable and necessary medical expenses in the past and those reasonably expected to incur in the future.**

**Heriberto Perez AguilarMedical Providers:**

|  | **Charges** | **Paid** | **Balance** |
|---|---|---|---|
| City of Houston EMS | $ 1,890.76 | $84.19/adj. $1506.57 | $    300.00 |
| St. Joseph Medical Center | $14,440.77 |  | $14,440.77 |
| St. Joseph Emergency Physicians | $ 2,172.00 |  | $ 2.172.00 |
| West Houston Radiology | $    558.00 |  | $    588.00 |
| United Rehabilitation and Chiropractic | $ 5,152.33 |  | $ 5,152.33 |
| One Step Diagnostic | $ 7,000.00 |  | $ 7,000.00 |
| Pain Interventional Pain Management | $    400.00 |  | $    400.00 |
| **Total Paid vs Incurred** |  |  | **$30,053.10** |

**Elena S. Aguilar Medical Providers**

|  | **Charges** | **Paid** | **Balance** |
|---|---|---|---|
| City of Houston EMS | $ 1,890.76 |  | $ 1,890.76 |
| St. Joseph Medical Center | $17,826.68 |  | $17,826.68 |
| Community Pathology Associates | $     27.15 |  | $     27.15 |
| St. Joseph Emergency Physicians | $ 2,172.00 |  | $ 2,172.00 |
| West Houston Radiology   c/o Singleton Associates PA | $    628.00 |  | $    628.00 |
| United Rehabilitation and Chiropractic | $ 5,448.33 |  | $ 5,448.33 |

| | | |
|---|---|---|
| Pain Interventional Pain Management | $   400.00 | $   400.00 |
| **Total Paid vs Incurred** | | **$28,392.92** |

**In addition, Plaintiffs' claims for damages include damages that are non-economic, intangible and unliquidated (such as past and future physical pain and suffering, mental anguish, physical impairment, disfigurement). Plaintiffs are not required to have personal opinion on the amount or offer any testimony on a specific amount of damages for these intangibles.  These items of damages are uniquely within the purview of the Arbitrator/jury.** *Baylor Plaza Medical Services Corp. v. Kidd*, **834 S.W.2d 69, 78** (Tex.App.-Texarkana 1992, writ den'd).

**(D)    FED. R. CIV. P. 26(a) (1)(A) (iv)**

For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:  None.**

    Respectfully submitted,

    **LAW OFFICES OF DOMINGO GARCIA, LLP.**

    6200 Gulf Freeway, Suite 410
    Houston, Texas 77023
    Telephone:    (713) 349-1500
    Facsimile:      (713) 432-7785

    */s/ Christopher Ngo*
    **CHRISTOPHER NGO**
    State Bar No. 24105692
    Federal ID: 3590881
    E-Serve: cngo@millerweisbrod.com
    E-serve: vle@millerweisbrod.coms

    **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that on the 26th day of March 2021, a true and correct copy of the foregoing Plaintiffs' Rule 26(A) Initial Disclosures were served on counsel of record in this action by ECF Filing and/or E-Serve, properly addressed to:

E-Serve Email: HoustonHC@progressive.com
Teresa J. Del Valle
MEYNIER, REESE, LIVER & MATTE
2707 North Loop West, Suite 100
Houston, Texas 77008

                                               */s/ Christopher Ngo*
                                               **CHRISTOPHER NGO**